UNITED STATES DISTRICT COURT
for the Southern District
of Alabama

UNITED STATES OF AMERICA )
                         )
v.                       )   1:21-cr-00142-TFM
                         )
KARTARIUS DEWAN JOHNSON,  )
a/k/a TAREEQ AKHIL ANAD  )
     Defendant

## ORDER TO DISMISS

To: CHARLES R. DIARD, JR., or any authorized officer of the court

YOU ARE ORDERED by this Executor Office to immediately release and dismiss this case and all claims against KARTARIUS DEWAN JOHNSON, a/k/a TAREEQ AKHIL ANAD with prejudice. The UNITED STATES DISTRICT COURT does not have the jurisdiction to bring any claims against the Estate. I do not accept the jurisdiction of the UNITED STATES DISTRICT COURT. This matter is adjourned sine die.

By: Executor Anad, Tareeq Akhil
    KARTARIUS DEWAN JOHNSON., Estate

KANTARIO DEWAN JOHNSON
c/o Tareeq Akhil Anad
250 Saint Joseph Street Unit 977
Mobile, Alabama [36601]

This correspondence is from an inmate at Grady County Law Enforcement Center GCLEC is not responsible for content.

OKLAHOMA CITY OK 730
23 SEP 2021 PM 6 L

UNITED STATES DISTRICT COURT
for the Southern District of Alabama
Attn: CHARLES R. DIARD, JR., or Court Clerk
155 Saint Joseph Street
Mobile, Alabama [36602]