IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 21-00142-TFM |
| | * | |
| v. | * | |
| | * | |
| **KARTARIUS DEWAN JOHNSON, a/k/a** | * | |
| **TAREEQ AKHIL ANAD** | * | |
| | * | |

**ORDER TO DISMISS**

To: CHARLES R. DIARD, JR., and any authorized officer of the court

YOU ARE ORDERED by the Executor Office of KARTARIUS DEWAN JOHNSON., ESTATE and the XI AMARU TRIBAL GOVERNMENT to immediately release without any delay and to dismiss this case with prejudice against KARTARIUS DEWAN JOHNSON, a/k/a TAREEQ AKHIL ANAD, a/k/a KARTARIUSDEWAN JOHNSON.  Tareeq Akhil Anad is an Aboriginal American of Moorish Descent.  Tareeq Anad is the Ministerial Ambassador of the XI AMARU TRIBAL GOVERNMENT.  The United States of America is in violation of the 1786 Treaty of Murakush.  Tareeq Akhil Anad is now a victim of human trafficking and is being held under duress at the R.A. Deyton Detention Facility under the alias KARTARIUSDEWAN JOHNSON.  This matter is adjourned sine die.

By: Executrix _[signature]_
KARTARIUS DEWAN JOHNSON., ESTATE

# Certificate of Indigenous-American-Tribal Nationality-Citizenship

Jurisdiction – Aboriginal Republic Xi Amaru Tribal Gov– United States of America
Certificate Drafted & Issued by - Indigenous Political Authority © ®.
An entity of the Aboriginal Republic of North America

(Tareeq Akhil Anad)    Date of Birth: 12-24-1980    Nationality: Aboriginal-American –National of the United States of America
Birth Location in the Aboriginal Republic of North America
United States of America

Regions – Mark your Birth Location
▽Region-1  ▽Region-2  ✔Region-3  ▽Region-4
▽Region-5  ▽Region-6  ▽Region-7  ▽Region-8
▽Samal Shariq  ▽Shariq  ▽Hawab Shariq  ▽Wasat
▽Wasat Maghrib  ▽Hawab  ▽Samal Maghrib  ▽Maghrib

**Indigenous Political Authority**
**Aboriginal Cherokee - Choctaw**
**Deputy Clerk of Court - Tribal -Xi Amaru**
**Chief Arkan Mubin Batin Shabazz**
**Shaykhamaxum Samal Shariq**
**US Dep. of State Auth# 06013144-1**

Klan Name – Xi-Amaru
**Regional Klan Location**
▽ Region-1
▽ Region-2
✔ Region-3
▽ Region-4
▽ Region-5
▽ Region-6
▽ Region-7
▽ Region-8

I declare that I am an Aboriginal-American with Moorish Descent. I am born native to the United States of America and the Aboriginal Republic of North America. I, nor my ancestors, are legally African-American, Negro, Colored, or any other colorable title that was forced upon myself and my ancestry during acts of genocide and denationalization. I declare all contracts under that colorable status void ab initio (void from the beginning). I have entered the plebiscite of the Aboriginal Republic of North America and the International Indigenous Society, which was noticed to the United States Department of State via Authentication Document 06013144-1, which was signed by Condoleezza Rice Secretary of State of the United States ex rel the Authentication Department of the Secretary of State. This action is a legal action supported by CFR Title 22 Foreign Intercourse section 131.1 & 131.2. I am apart of a National political operation to reclaim my Aboriginal Indigenous American Nationality and status as a United States National pursuant to International Treaties and the Supreme Law of the Land.

- I (Tareeq Akhil Anad) am of the age of maturity to make this affidavit and the facts herein
- I (Tareeq Akhil Anad) am mentally competent to make this Official Affidavit of Facts for the Record
- I (Tareeq Akhil Anad) have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law

"I (Tareeq Akhil Anad) declare under penalty of perjury under the laws of my Indigenous Tribal Government and the United States of America that the foregoing is true and correct.
[Made Pursuant to ARNA Constitution and the Constitution for the United States of America]

Made Pursuant to all applicable International Laws
UN 61/195 All Articles Incorporated - UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law
* Pursuant to the Treaty of Peace and Friendship 1786 Original Grant between The Emperor of Al Maghrib and the United States of America - Pursuant to The Treaty of Camp Holmes 1835 - Pursuant to Treaty of 1866 Cherokee with the United States of America

I, (Tareeq Akhil Anad) having the lawful and legal status as a National of an Aboriginal Indigenous Nation [Klan- Xi Amaru – Indigenous Political Authority] and Plebiscite (IPA)] and the status - Aboriginal - Indigenous American & Moorish Descent am a [United States National] by contract and Treaty. I have a permanent allegiance to the United States by way of all applicable Treaties with the United States. I recognize and respect all the laws governing the Republic of the United States of America. I recognize all International Laws that apply to Indigenous Peoples.

I, (Tareeq Akhil Anad) am not a corporate citizen, fictitious entity, artificial person, 14th amendment citizen of the United States subject to the public debt obligation, or surety that is civilly dead. I am a Certified Ministerial Ambassador of my Indigenous Government, Faith, and Spiritual Practices. I have no tax liability from any corporate agencies due to my status. I herein Reserve all of my inherent Natural Rights, Indigenous Aboriginal Rights as an Indigenous American of Moorish descent, my Constitutional Rights, and all International rights that apply. This Certificate is not an attempt to defraud anyone or any entity any possible Creditors that have legitimate contracts or any of my lawful or legal obligations

By: _____ All Rights Reserved
(Authentication Seal / Signature)".

Subscribed and sworn to (or affirmed) before me __Arkan M Shabazz__
On this __03__ day of __September__ (month), __2020__ (year), Aboriginal Year __15, 106 AC__.
I Hereunto set my hand and affixed My Official Seal.

