IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 21-00142-TFM |
| | * | |
| v. | * | |
| | * | |
| KARTARIUSDEWAN JOHNSON, a/k/a | * | |
| TAREEQ AKHIL ANAD, sui juris | * | |
| | * | |

### SUI JURIS MOTION TO DISMISS UNDER THE 1972 VIENNA CONVENTION ON DIPLOMATIC RELATIONS

The Xi Amaru Tribal Government presents this motion on behalf of Ministerial Ambassador of the Aboriginal Republic of North America. This motion is notice to the court to recognize the diplomatic immunity of the alleged defendant.

Dismiss this case with prejudice immediately without delay against KARTARIUSDEWAN JOHNSON, a/k/a TAREEQ AKHIL ANAD. Release Minister Tareeq Akhil Anad who is being held under duress at the R.A. Deyton Detention Facility under the alias KARTARIUSDEWAN JOHNSON. This matter is adjourned sine die.

Date 10/25/2021                                                   By: [signature]