21-cr-142-TFM



**XI AMARU TRIBAL GOVERNMENT**
GOVERNMENT ISSUED TRIBAL INDIGENOUS ID CARD
Issue Date 2-24-2021
EXP Date 2-24-2025
DOB ▓▓▓▓-1980
Height 6'
Wt 240
Sex -M
TAX EXEMPT
FEDERAL
US DEPARTMENT OF STATE
AUTHENTICATION # 06013144-1
Tribal Roll ID# 75917106
Tareeq Akhil Anad



**XI AMARU TRIBAL GOVERNMENT**
GOVERNMENT ISSUED TRIBAL INDIGENOUS ID CARD
Issue Date 2-24-2021
EXP Date 2-24-2025
DOB ▓▓▓▓-1980
Height 6'
Wt 240
Sex M
TRIBAL
MEMBER ID
US DEPARTMENT OF STATE
AUTHENTICATION # 06013144-1
Tribal Roll ID# 75917106
Tareeq Akhil Anad



**XI AMARU TRIBAL GOVERNMENT**
**GOVERNMENT ISSUED TRIBAL INDIGENOUS ID CARD**
Nationality- Indigenous American US National
Tribe- Xi   United Nations 60-147
DOS Recognition Date 3-6-2006
DOS Authentication # 06013144-1-Condoleeza Rice
TAX EXEMPT STATUS –Y Ministerial Ambassador
Tribal Property-If found please return to:
Xi Amaru Tribal Gov 3900 Crown Rd SE # 162656
Atlan Nohol Atlanta GA  30304

**XI AMARU TRIBAL GOVERNMENT**
**GOVERNMENT ISSUED TRIBAL INDIGENOUS ID CARD**
Nationality- Indigenous American US National
Tribe- Xi   United Nations 60-147
DOS Recognition Date 3-6-2006
DOS Authentication # 06013144-1-Condoleeza Rice
TAX EXEMPT STATUS –Y Ministerial Ambassador
Tribal Property-If found please return to:
Xi Amaru Tribal Gov 3900 Crown Rd SE # 162656
Atlan Nohol Atlanta GA  30304

**Documents Enforced Pursuant to CFR 22 Foreign Correspondence section 131.1 & 131.2 USC Title 4 Section 42**

06013144-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Pennsylvania, and that such Seal(s) is/are entitled to full faith and credit.*

In testimony whereof, I, Condoleezza Rice, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of March, 2006.

_____ Secretary of State
By_____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USE 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

*For the contents of the annexed document,the Department assumes no responsibility*

*This certificate is not valid if it is removed or altered in any way whatsoever*

# DOCUMENTS OF FORMAL RECOGNITION OF ARNA-IPA

The following documents are the official necessary documents created witnessed and recorded for the Reemergence and resurrection of a Natural Law International and Domestic Government for Aboriginal Peoples. They have been formally recognized (See CFR 22 section 131.1 & 131.2 and USC Title 4 Section 42) in the lawful and legal sense of those words via Notice of Our Plebiscite and are to be used for:
Official Nationalization of all ARNA Nationals as Proof of their Status as it pertains to formal recognition from the Foreign Venue by demand from the ARNA Aboriginal Government.
It presents proof of full perfected interest in all aboriginal property [Corporeal] of Aboriginals who are Nationals of ARNA
It presents proof of title based on International Laws, Treaties and Statutes which supersedes any claims based on non-priority claims of lien creditors
WHEN PROPERLY USED at **Law** and in procedure it will guarantee the security, protection, and enforcement of rights along with other ARNA Procedures.
It presents the Original and First documents that actually provide Formal Declaration and Recognition of the TRUE Lawful Aboriginal Peoples of this land according to their TRUE and Lawful Governmental Paradigm and Political Identity
Authentication
The Process of notice and witnessing documents (Authentication Process) is the OLDEST Governmental Process, Contract Law Process, and Commercial Process on earth and was Originated by the Ancient Aboriginal Peoples
There is no Expiration Date on the documents except in case that the Foreign Venue is completely dissolved.
When you authenticate your own documents, you have originals that you can use for verification of status in courts etc...



# STATE OF ALABAMA
## OFFICE OF THE SECRETARY OF STATE

The attached document has been signed by an Alabama public official. This Apostille certifies the signature of that official and does not certify the content of the public document to which it is attached.

# APOSTILLE
*(Convention de La Haye du 5 octobre 1961)*

1. **Country:**    **United States of America**

                          *This public document*

2. **has been signed by**     Jacquitta C Powell

3. **acting in the capacity of**     Notary Public

4. **bears the seal/stamp of**     Jacquitta C Powell

                                 State of Alabama

**CERTIFIED**

5. **at**     Montgomery, Alabama

6. **the**     24th day of September 2020

7. **by**     Secretary of State, State of Alabama     **8. No.**    2020-06875

9. **Seal/Stamp**



10. **Signature:**

_____
John H. Merrill     Secretary of State

# ARTICLES OF ORGANIZATION FOR TRIBAL UNINCORPORATED ASSOCIATION

Local Address
250 Saint Joseph Street # 977
Mobile, Alabama 36601
Mobile County bgt5

*[Made Pursuant to Constitution, UN res. 61/295- Declaration of Rights of Indigenous Peoples, & Title 28 USCA Section 1746]*

Mission Statement: **TAREEQ AKHIL ANAD is** an Aboriginal Tribal Trust Association and foundation Founded on (09-03-2020) and by these articles in the Region 3 (Hawab Shariq) and this Alabama (State Republic) which primary objective is to: The primary objective of **Tareeq Akhil Anad** is to function as a multi-purpose Aboriginal Tribal Association Trust that produces (Aboriginal Domestic International BUSINESS) for Aboriginal Indigenous people and All Nationals of the United States of America and international Jurisdictions

### Article 1:
**TAREEQ AKHIL ANAD will** serve as (Aboriginal Domestic International BUSINESS) that holds all activities of

### Article 2:
Minister and CEO (Kartarius Dewan Johnson) including Aboriginal services of all kinds for **all subsidiaries and DBA(s) (doing business as) entities of TAREEQ AKHIL ANAD**

### Article 3:
Educational Aspects: **TAREEQ AKHIL ANAD** will serve to educate any and all interested parties and registrants in all of its activities. All Articles of this association are incorporated as the foundational articles of this Aboriginal Tribal association Trust including all additional amendments.

### Article 4:
Any other amendments to these articles can only be made by a properly delegated fiduciary in Trust for the CEO Minister (Kartarius Dewan Johnson) by the specific authorization by the CEO as expressed in contract with authentication from the CEO Minister (Kartarius Dewan Johnson).

### Article 5:
(Kartarius Dewan Johnson) is the 100% owner with 100% interest in the business entity.

*\* Pursuant to The Declaration of Indigenous Rights enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated*
*\* Pursuant to the United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated*
*\* Pursuant to UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law*
*\* Pursuant to the Constitution for the United States of America*
*\* Pursuant to United States Code Title 18 Section 112 Protections of Internationally Protected Persons*
*\* Pursuant to United States Code Title 18 Section 241 Conspiracy Against Rights & 242 Deprivation of Rights Under Color of Authority.*

- I (Kartarius Dewan Johnson) am of the age of maturity to make these articles of organization
- I (Kartarius Dewan Johnson) am mentally competent to make this Official Record
- I (Kartarius Dewan Johnson) have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and stands as a matter of law and fact

"I (Kartarius Dewan Johnson) declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

By: _[signature]_    All Rights Reserved

*[Made Pursuant to Constitution, UN res. 61/295- Declaration of Rights of Indigenous Peoples, UN res. 60/147 Human Rights Law, Hague Convention, & Title 28 USCA Section 1746]*

County ___Mobile___   State ___Alabama___
Sworn and Subscribed before me _Jacquitta C. Powell  24th_ this [day] _24th_ [month] _September_ [year] _2020_
Notary Signature _[signature]_