# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | CRIMINAL NO. 21-00142-TFM |
| | * |
| KARTARIUS JOHNSON,<br>   (aka Treeq Akhil Anad) | * |
| Defendant. | * |

## RESPONSE TO THE COURT'S ORDER

COMES NOW, Fred W. Tiemann, and files this response to the Court's Order dated November 2, 2021 (doc. 18).

Undersigned counsel notifies the Court that Mr. Johnson has elected to represent himself and undersigned counsel was only appointed to serve as stand-by counsel. Therefore, undersigned counsel cannot speak for Mr. Johnson or file motions on his behalf. Furthermore, Mr. Johnson has refused to speak with undersigned counsel and indicated on the record at the arraignment that he does not want the assistance of counsel. Therefore, it appears that undersigned counsel cannot effectively serve as stand-by counsel in this matter.

Respectfully submitted,
Fred W. Tiemann
FRED W. TIEMANN
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36602
(251)433-0910

## CERTIFICATE OF SERVICE

I do hereby certify that I have electronically served a copy of the foregoing pleading upon A.U.S.A. Justin Roller on this 3rd day of November, 2021.

Fred W. Tiemann
FRED W. TIEMANN