# EXHIBIT 1

KARTARIUS, D. JOHNSON
Tareeq Akhil Anad
EXECUTOR/AUTHORIZED REPRESENTATIVE
BENEFICIARY/GRANTOR
P.O. BOX 977
MOBILE, AL. 36601

21-cr-142-TFM

September 7, 2021

IRS
C.I.D. (Criminal Investigative Division)
2525 CAPITAL ST.
Fresno, CA. 93721

**CHARLES R. DIARD JR.**
**155 SAINT JOSEPH ST.**
**MOBILE, AL. 36602**

**P.O. Certified# 7020 0640 0000 2605 2890**

---

## NOTICE OF DIGITAL COUNTERFEITING

---

### ALL THINGS MOVE BY CONTRACT

### MAXIM of LAW/ HE WHO MAKES THE CLAIM,
### ACCEPTS the LIABILITY

"WHEN PLUNDER BECOMES A WAY OF LIFE FOR A GROUP OF MEN in a SOCIETY, OVER the COURSE of TIME, THEY CREATE A LEGAL SYSTEM THAT AUTHORIZES IT".

1.  A Corporation is a creature of statute, that exists purely on paper. Corporations are created for Tax purposes only, and as such are given explicit powers, through Lawmakers, and or corporation charters. Any overreaching of such granted powers, would thus be "ultra vires", in nature, and punishable "in law". After 90 days, and lender decides that it has little or no chance, of collecting an alleged debt, it will write it off, (on Taxes), as a LOSS, some or all, of said debt, eliminated. **"Essentially this**

are only commercial charges in law. **"Essentially this action is an accounting tool that allows the creditor to deduct it as a loss, and zero out the balance"**

2. Defendant recognizes the Court/Corporation will also file a claim, with their contracted **insurer,** and others to make said money, off alleged "criminal activity". (so now lender/court has been compensated, at least twice), which does not include taking this alleged debt, to the Federal Reserve window) for yet another payment, in fraudulent activity, masked as "justice".

   **CHARLES R. DIARD JR,** has placed a fraudulent claim in said court file, (**exhibit a**), case#1;21-cr-00142-TFM alleging there is a debt, and there is a means of paying off said debt. (no money), thus in effect, **"digitally counterfeiting"**, creating money out of **"thin air"**. Impossible to counterfeit money, without thus "money laundering".

   **U.S. DISTRICT COURT, SOUTHERN DITRICT OF ALABAMA, alleging a debt, i**n a computer, using my personal/private information, which now constitutes, **18 U.S. Code Section 1028- Aggravated identity theft,** (**exhibit b**).

   **See HR 3306: Social Security Number Privacy and identity Theft Prevention Act of 2009.**

3. **Title 18 Chapter 63 Section 1341- Frauds and swindles is clear**; Whoever, having devised or intending to devise any scheme or artifice to defraud, or for **obtaining money by means of false or fraudulent pretenses**, (**exhibit c**).

4. **Title 42 U.S.C. 11-52-2, access to computer for fraudulent purposes**; Whoever directly or indirectly accesses or causes to be accessed any computer, computer system, or computer network for the purpose of; 1). Devising or executing any scheme or artifice to defraud). Obtaining **money**, or services, by means of false or fraudulent pretenses, (**exhibit d**).

5. **Any letter/s, correspondence sent (CHARLES R. DIARD JR), is thus "mail fraud'**, using the Postal service, in the commission of a crime, NO INJURED PARTY.  {1349}any person who attempts to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, (**exhibit e**).

6. **A (corporation)/attorney cannot** verify a **complaint, nor harm one of God's True children., C.C.P. 1812.10 (exhibit f).**
   **(exhibit g).**
   **A "dead" corporation, can't speak, swear, or be deposed, so what then are these letters about? ( exhibit g).**

7. **2000 US Code Title 12, Chapter, Sec 95a(2),** *"no person shall be held liable in any court* **for or in respect to anything done or omitted in good faith".....**
   **Every claim/charge alleging a debt, non -other than a** terrorist threat, **and conspiracy, see USC 241 & 1584, & CALIF PENAL CODE Sections 182-184.**

8. **Also See RICO Act, Racketeering/Influenced and Corrupt Organizations.**

9. CHARLES R. DIARD JR, efforts at collection, now is in effect *extortion*, attempting to collect on a non-existent debt, **extortionate Title 18, chapter 42 Sec. 894, (exhibit i).**

   - Since there is no real debt, See; Echart v. Commissioners C.C.A., 42 Fd2d 158, that the giving a (federal reserve), note does not constitute payment. See IRS code Section 1.1001-1 (4657) (C.C.H.)
   - Money is property, Federal Reserve notes are liabilities, not assets, see **(exhibit j).**
   - Federal Reserve notes are valueless. See; Rains v. State, 226 S.W. 189....
   - That legal tender (federal reserve notes), are "not good and lawful money of the United States".
   - Since 1971, Federal Reserve Notes are the only form of money that has NO gold or silver backing.
   - Thus U.S. dollars are backed only by the "full faith and credit", of the US Government.
   - A dollar bill is not ", lawful money" but rather "legal tender". (http://www.ustreas.gov/education/faq/currency/leagal-tender.shtml).
   - Also See; Fidelity Bank Guarantee vs. Henwood, 307 U.S. 847 (1939).

- See; Consumer Legal Financial Remedies Act
- Also see Constitutional Act...... on discharge, (not payment), of debt

  Only in CHARLES R. DIARD JR. computer, and on a piece of paper, does a debt exist, so then charges/claim, (false claim). Every State has laws against false claims, see Federal False Claim Act,; The Lincoln Act, FDCPA violations; 1692b(1), 1692 b(1), 1692 e, 1692 e (2), (15), 1692 f (1) 1692 g & 1692 j.

  The fraud continues, acting under **false or misleading representations**, which is defined as concealing or misrepresenting a material fact known by the wrongdoer to be false, (**exhibit l**).

  Solely for the purpose of acquiring a illegal benefit re; (**UNJUST ENRICHMENT), (exhibit m).**

  **Title 18 USC 1028**- Fraud and Related Activity in Connection with Identification Documents, Authentication Features, a fine under this Title or imprisonment for not more than 20 years, or both, (**exhibit n).**

10. **CHARLES R. DIARD JR., in his false claims,  (ULTRA VIRES), actions** are in violation of multiple Federal laws/schemes, in extortionate billings, designed to keep Americans, in FINANCIAL INVOLUNTARY SERVITUDE/SLAVERY see United States v. Kozminski 487 U.S. 931, (**exhibit p**).

11. **CHARLES R. DIARD JR.** in total defiance of multiple Federal, and State laws, has violated/interfered with my Constitutional right to contract. (**exhibit q**)

12. NOTICE, should be given, no proof of claim, (***form # 4490***)**,** nor (*W-9*) form, or any Tax documents, proving TAX-COMPLIANCE/(double set of books0, entered in my theatrical claim/charges or in  (**exhibit r).**

13. **CHARLES R. DIARD JR., egregious violations continue, as Alabama Supreme Court, has to be notified, before bringing claims, against Alabama**

nationals, American Indian, in any private for profit, commercial court, venue,(exhibit s).

14.  CCRAA 1785 (16)(a), A debt collector, should not furnish any information relating to a consumer to any CRA if the DC knew, or had reasonable cause to believe that the information is inaccurate, (false claim).

Ignorance of the law, is not a excuse, for said ultra vires actions.

15. THIRD PARTY BENEFICIARY; Blacks Law Dictionary the 4th Edition, page 1650, "In order for one not privy to a contract, to maintain that an action, thereon as a *third party beneficiary, it must appear that the contract was MADE and INTENDED for him*"; see Fagliarone v. Consolidated Film Industries, 20 N.J. Misc. 193, 26 A.2d 425, 426. And the *BENEFIT MUST BE IMMEDIATE'* in such sense and degree as to indicate the assumption of a duty to make reparation, see Associated Flour Haulers & Warehouseman v. Hoffman, 282 N.Y. 173, 26 N.E. 2D 7, 10.

16. INCIDENTAL BENEFICIARY; An incidental beneficiary is a third party who benefits from a contract between two other parties, *but it is not intended that the third party benefit.*

The Law does not presume an agency relationship exists just because an alleged agent says so. Instead, there is a rebuttable presumption that actions by a person alleged to be an agent is actually conduct by and on behalf of that person, not for a principal, Armato v. Baden Restaurants, 71 Cal. App. 4th 885, 84 Cal. Rptr. 2d 29(1999).

a). A claimed existence of an agency relationship forces a fact intensive inquiry. See, e.g. C.A.R. Trans. Brokerage v. Darden Restaurants, 213 F. 3d 474 (9th Cir. 2000).

b). "However, unless only one conclusion maybe drawn, existence of an agency and the extent of an agent's authority is a question of fact; American Cas. Co. v. Krieger, 181 F. 3d 1113, 1121 (9th Cir. 1999).  Centerpoint E. v Superior Court, 157 Cal. App. 4th 1101, 69 Cal. Rptr. 3d 202 (2007). NO DUE PROCESS.

c). The other important aspect in determining the existence of a agency relationship is the degree of control exercised by the principal over the activities of the agent.

d). The party asserting existence of an agency relationship has the burden to prove the same. Vista Verde Farms v. Agricultural Labor Relations Bd, Cal 3d 307, 625 P.2d263, 172 Cal. Rptr. 720 (1981, both as to the existence of the relationship, and as to the nature and extent of the agent's authority ie; (articles of incorporation). Nothing has been proven in a court of Law, thus violation of my (DUE PROCESS) rights.

**"It is not necessary for rescission of a contract that the party making the misrepresentation, should have known that it was false, but recovery is allowed** even **though misrepresentation is innocently made, because it would be unjust to allow one who made the false representation, even innocently, to retain the fruits of a bargain induced by such representations", (Whipp v. Iverson 43 Wis. 2d 166).**

SEE: FAIR DEBT COLLECTION PROTECTION ACT
   GRAMM-LEACH/BAILEY ACT
   DODD/FRANK WALL STREET REFORM ACT, and CONSUMERS
   PROTECTION ACT
   WHITE COLLAR FINANCIAL PAPER TERRORISM ACT

Also see; Alabama Business and Professions Code/Section 7200
Tareeg Akhil Anad, is Executor, Authorized Representative, Beneficiary, Grantor, of the TareegAkhil Anad Estate, and any actions to manage, any part of that estate, I claim TRESPASS/THIRD PARTY INTERLOPER, in my personal, private covenant with the Most High, Joshua/Jehovah, almighty creator of heaven and help.

Dept of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

United States Postal Inspection Service
   (on line)
FEDERAL RESERVE CONSUMER HELP CENTER
P.O. BOX 1200

MINNEAPOLIS, MN. 55480

FEDERAL RESERVE BOARD DIVISION of CONSUMER & COMMUNITY
AFFAIRS
WASHINGTON, DC 20551

CFPB
P.O. BOX 2900
CLINTON, IA. 52733-2900

Tareeq Akhil Anad

all rights reserved

Exhibit A:

SK / JDR

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
AUG 26 2021
CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 21-00142-TFM |
| | * | USAO NO. 20R00374 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 1343 |
| KARTARIUS DEWAN JOHNSON, aka | * | 18 USC § 1014 |
| TAREEQ AKHIL ANAD | * | 18 USC § 1028A(a)(1) |
| | * | 18 USC § 1001(a)(2) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At times material to this Indictment:

1.      Hancock Whitney Bank ("Hancock"), JPMorgan Chase Bank, N.A. ("JPMorgan"), and BBVA USA ("BBVA") were financial institutions within the meaning of Title 18, United States Code, Section 20, and had branches within the Southern District of Alabama.

2.      "Company 1" was a vehicle dealership in Mobile, Alabama. "Company 2" was a vehicle dealership in Beverly Hills, California. "Company 3" was a vehicle dealership in Scottsdale, Arizona. The Grand Jury knows the actual names of Company 1, Company 2, and Company 3.

3.      "Person 1" and "Person 2" owned certain real property in Daphne, Alabama (the "Real Property"). The Grand Jury knows the actual names of Person 1 and Person 2, and the address of the Real Property.

4.      "L.J." and "H.S." were two individuals whose full names are known to the Grand Jury.

1

Exhibit B:

LII > U.S. Code > Title 18. CRIMES AND CRIMINAL PROCEDURE
> Part I. CRIMES > Chapter 47. FRAUD AND FALSE STATEMENTS
> **Section 1028A. Aggravated identity theft**

# 18 U.S. Code § 1028A. Aggravated identity theft

U.S. Code        Notes

### (a) OFFENSES.—

#### (1) IN GENERAL.—

Whoever, during and in relation to any <u>felony violation</u>
<u>enumerated in subsection (c)</u>, knowingly transfers, possesses,
or uses, without lawful authority, a means of identification of
another person shall, in addition to the punishment provided for
such felony, be sentenced to a term of imprisonment of 2 years.

#### (2) TERRORISM OFFENSE.—

Whoever, during and in relation to any felony violation
enumerated in section 2332b(g)(5)(B), knowingly transfers,
possesses, or uses, without lawful authority, a means of
identification of another person or a false identification document
shall, in addition to the punishment provided for such felony, be
sentenced to a term of imprisonment of 5 years.

### (b) CONSECUTIVE SENTENCE.—Notwithstanding any other provision
of law—

#### (1) a court shall not place on probation any person convicted of

Exhibit C:

LII > U.S. Code > Title 18. CRIMES AND CRIMINAL PROCEDURE > Part I. CRIMES > Chapter 63. MAIL FRAUD AND OTHER FRAUD OFFENSES > **Section 1341. Frauds and swindles**

# 18 U.S. Code § 1341. Frauds and swindles

U.S. Code    Notes

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and

f3

4/12/2020 4:00 P

Exhibit D:



# Star Motor Imports, Inc. v. Superior Court (Shake) (1979)

[Civ. No. 45039. First Dist., Div. One. Jan. 11, 1979.]

STAR MOTOR IMPORTS, INC., Petitioner, v. THE SUPERIOR COURT OF SANTA CLARA COUNTY, Respondent;

GLEN R. SHAKE, Real Party in Interest.

(Opinion by Elkington, Acting P. J., with Newsom, J., and Deal, J., concurring.)

COUNSEL

Bernd W. Schmidt for Petitioner.

No appearance for Respondent.

Glen R. Shake, in pro. per., for Real Party in Interest. [88 Cal. App. 3d 203]

ELKINGTON, Acting P. J.

We issued an alternative writ of mandate in this matter upon a representation that the superior court, at a trial de novo on a small claims court appeal, expressly permitted hearsay testimony by the respondent therein, contrary to Evidence Code section 1200 and California Rules of Court, rule 155. [1a] But we have concluded that the writ was improvidently issued by us for the reason that the application therefor was fatally defective. The proceeding will, for the reasons we now proceed to state, be dismissed.

The case points up a problem of concern in the rapidly increasing use by the bar of the extraordinary writs of mandate and prohibition.

Exhibit H:

SK / JDR

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 21-00142-TFM |
| | * | **USAO NO. 20R00374** |
| v. | * | |
| | * | **VIOLATIONS: 18 USC § 1343** |
| KARTARIUS DEWAN JOHNSON, aka | * | **18 USC § 1014** |
| TAREEQ AKHIL ANAD | * | **18 USC § 1028A(a)(1)** |
| | * | **18 USC § 1001(a)(2)** |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At times material to this Indictment:

1.      Hancock Whitney Bank ("Hancock"), JPMorgan Chase Bank, N.A. ("JPMorgan"), and BBVA USA ("BBVA") were financial institutions within the meaning of Title 18, United States Code, Section 20, and had branches within the Southern District of Alabama.

2.      "Company 1" was a vehicle dealership in Mobile, Alabama. "Company 2" was a vehicle dealership in Beverly Hills, California. "Company 3" was a vehicle dealership in Scottsdale, Arizona. The Grand Jury knows the actual names of Company 1, Company 2, and Company 3.

3.      "Person 1" and "Person 2" owned certain real property in Daphne, Alabama (the "Real Property"). The Grand Jury knows the actual names of Person 1 and Person 2, and the address of the Real Property.

4.      "L.J." and "H.S." were two individuals whose full names are known to the Grand Jury.

1

Exhibit I:

LII > U.S. Code > Title 18. CRIMES AND CRIMINAL PROCEDURE > Part I. CRIMES > Chapter 42. EXTORTIONATE CREDIT TRANSACTIONS > **Section 894. Collection of extensions of credit by extortionate means**

# 18 U.S. Code § 894. Collection of extensions of credit by extortionate means

U.S. Code          Notes

(a) Whoever knowingly participates in any way, or conspires to do so, in the use of any extortionate means

    (1) to collect or attempt to collect any extension of credit, or

    (2) to punish any person for the nonrepayment thereof,

shall be fined under this title or imprisoned not more than 20 years, or both.

(b) In any prosecution under this section, for the purpose of showing an implicit threat as a means of collection, evidence may be introduced tending to show that one or more extensions of credit by the creditor were, to the knowledge of the person against whom the implicit threat was alleged to have been made, collected or attempted to be collected by extortionate means or that the nonrepayment thereof was punished by extortionate means.

(c) In any prosecution under this section, if evidence has been introduced tending to show the existence, at the time the extension

Exhibit J:

2. Current money: Whatever is receivable and current by law as money. See: Henderson

v. Farmers Savings Bank, 199 Iowa 496.

3. The precious metals alone are money, and whatever else is to perform the functions of money must be their representative and capable of being turned into them at will. So long as bank paper retains this quality it is a substitute for money; divested of this, nothing can give it that character. See: 3 Websters Works 41; Woodruff v. Miss, 162 US Reports 307.

4. A Note is only promise to pay. See: Fidelity Savings v. Grimes, 131 P 2d 894.

5. Legal tender notes are not good as lawful money of the U.S. See: Rains v. State, 226

S.W. 189.

6. Checks, drafts, money orders, and bank notes are not lawful money of the U.S. See:

State v. Nealan, 43 Ore 158.

7. Where the Fed. Gov. is a party to commercial paper, it is bound by same rules which govern private persons. See: Continental American Bank v. U.S., C.C.A. La. (1947) 161 F.2d 93.

8. The government assumes all responsibilities of private persons when it issues

commercial paper. See: U.S. v. First National Bank, 138 F.2d 681.

9. Federal Reserve Notes are a first and paramount lien on all the assets of the issuing Federal Reserve bank. See: Moody's Bank & Financial Manual, page 2105. (If Federal Reserve notes are a lien on the banks, no wonder they want to eliminate the use of Federal Reserve notes and deal only with computer entries.)

10. Negotiable Instruments Law was designed to cover commercial paper and U.S.

currency. See: LSA-R.S. 17; 1 et seq LSA-C.C. art 2139

4/12/2020, 3:

Exhibit K:

Home    Bill Information    Publications    Other Resources    My Subscriptions    My Favorites

Code:  Select Code   Section:                    Search

Up^

GOVERNMENT CODE - GOV

TITLE 2. GOVERNMENT OF THE STATE OF CALIFORNIA [8000 - 22980] *( Title 2 enacted by Stats. 1943, Ch. 134. )*
   DIVISION 3. EXECUTIVE DEPARTMENT [11000 - 15985] *( Division 3 added by Stats. 1945, Ch. 111. )*
     PART 2. CONSTITUTIONAL OFFICERS [12001 - 12790] *( Part 2 added by Stats. 1945, Ch. 111. )*
      CHAPTER 6. Attorney General [12500 - 12661] *( Chapter 6 added by Stats. 1945, Ch. 111. )*

ARTICLE 9. False Claims Actions [12650 - 12655]  *( Article 9 added by Stats. 1987, Ch. 1420, Sec. 1. )*

(a) This article shall be known and may be cited as the False Claims Act.

(b) For purposes of this article:

(1) "Claim" means any request or demand, whether under a contract or otherwise, for money, property, or services, and whether or not the state or a political subdivision has title to the money, property, or services that meets either of the following conditions:

(A) Is presented to an officer, employee, or agent of the state or of a political subdivision.

(B) Is made to a contractor, grantee, or other recipient, if the money, property, or service is to be spent or used on a state or any political subdivision's behalf or to advance a state or political subdivision's program or interest, and if the state or political subdivision meets either of the following conditions:

(i) Provides or has provided any portion of the money, property, or service requested or demanded.

(ii) Reimburses the contractor, grantee, or other recipient for any portion of the money, property, or service that is requested or demanded.

(2) "Claim" does not include requests or demands for money, property, or services that the state or a political subdivision has paid to an individual as compensation for employment with the state or political subdivision or as an income subsidy with no restrictions on that individual's use of the money, property, or services.

(3) "Knowing" and "knowingly" mean that a person, with respect to information, does any of the following:

(A) Has actual knowledge of the information.
(B) Acts in deliberate ignorance of the truth or falsity of the information.
(C) Acts in reckless disregard of the truth or falsity of the information.

Proof of specific intent to defraud is not required.

(4) "Material" means having a natural tendency to influence, or be capable of influencing, the payment or receipt of money, property, or services.

(5) "Obligation" means an established duty, whether or not fixed, arising from an express or implied contractual, grantor-grantee, or licensor-licensee relationship, from a fee-based or similar relationship, from statute or regulation, or from the retention of any overpayment.

(6) "Political subdivision" includes any city, city and county, county, tax or assessment district, or other legally authorized local governmental entity with jurisdictional boundaries.

(7) "Political subdivision funds" means funds that are the subject of a claim.

(8) "Prosecuting authority" refers to the county counsel, city attorney, or other local government official charged with investigating, filing, and conducting civil legal proceedings on behalf of, or in the name of, a particular political subdivision.

(9) "Person" includes any natural person, corporation, firm, association, organization, partnership, limited liability company, business, or trust.

(10) "State funds" mean funds that are the subject of a claim.

*(Amended by Stats. 2012, Ch. 647, Sec. 1. (AB 2492) Effective January 1, 2013.)*

Exhibit L:

# False pretenses

In criminal law, property is obtained by **false pretenses**[a] when the acquisition results from intentional misrepresenting of a past or existing fact.

## Contents

Elements

United States
    Arizona
    Illinois
    Massachusetts
    New York

United Kingdom
    History

Notes

References

## Elements

The elements of false pretenses are: (1) a false representation (2) of a material past or existing fact (3) which the person making the representation knows is false (4) made for the purpose of causing (5) and which does cause (6) the victim to pass title (7) to his property [3] False pretenses is a statutory offense in most jurisdictions: subject matter covered by statute varies accordingly, and is not necessarily limited to tangible personal property – some statutes include intangible personal property and services. For example, the North Carolina false pretense statute applies to obtaining "any money, goods, property, services, choses in action, or any other thing of value ..."[4] Under common law, false pretense is defined as a representation of a present or past fact, which the thief knows to be false, and which he intends will and does cause the victim to pass title of his property. That is, false pretense is the acquisition of title from a victim by fraud or misrepresentation of a material past or present fact.

**a false representation** – there must be a description or portrayal of something that is false. If a person makes a statement about something that he mistakenly believes to be untrue there is no false representation. For example, if a person represents that the ring is a diamond solitaire when he believes that is in fact made of cubic zirconium he is not guilty of false pretenses if it turns out that the ring was in fact a diamond. The representation must be false at the time title passes. Thus if the representation was false when made but is true at the time title to the property passes there is no crime. For example, representing to a seller that you have funds available in your bank account to pay for the goods when in fact your account has a zero balance is not false pretenses if

4/5/2020  11:21

Exhibit M:

what is unjust enrichment

Sign in

News   Videos   Images   Shopping   More        Settings   Tools

About 3,220,000 results (0.51 seconds)

www.law.cornell.edu › Wex ▾
**Unjust enrichment | Wex | US Law | LII / Legal Information ...** ⊕
Unjust enrichment occurs when Party A confers a benefit upon Party B without Party A
receiving the proper restitution required by law. This typically occurs in a ...



UNJUST ENRICHMENT

### People also ask

What is meant by unjust enrichment?

Unjust enrichment means when a person unfairly gets a benefit by chance, mistake
or another's misfortune for which the one enriched has not paid or worked and
morally and ethically should not keep. A person who has been unjustly enriched at
the expense of another must legally return the unfairly kept money or benefits.

definitions.uslegal.com › unjust-enrichment
Unjust Enrichment Law and Legal Definition | USLegal, Inc. ⊕

Search for: What is meant by unjust enrichment?

What is principle of unjust enrichment?            ⌄

How do you prove unjust enrichment?                ⌄

Can you sue for unjust enrichment?                 ⌄

Does unjust enrichment require a contract?         ⌄

What is the difference between quantum meruit and unjust enrichment?   ⌄

Feedback

## Unjust enrichment

In contract law, unjust enrichment occurs when one person is
enriched at the expense of another in circumstances that the law
sees as unjust. Where an individual is unjustly enriched, the law
imposes an obligation upon the recipient to make restitution, subject
to defences such as change of position. Wikipedia

Feedback

en.wikipedia.org › wiki › Unjust_enrichment ▾
**Unjust enrichment - Wikipedia** ⊕
In contract law, unjust enrichment occurs when one person is enriched at the expense of
another in circumstances that the law sees as unjust. When an individual is unjustly enriched,
the law imposes an obligation upon the recipient to make restitution, subject to defences such as
change of position.
English unjust enrichment law · Category:Unjust enrichment · Restitution

www.griffithslawpc.com › resources › elements-claim-unjust-enrichm... ▾
**3 Elements of a Claim for Unjust Enrichment | Griffiths Law** ⊕
A claim for unjust enrichment has three elements: (1) the defendant received a benefit (2) at
the plaintiff's expense (3) under circumstances that would make it ...

**That's Not Fair: What is Unjust Enrichment | Jaburg Wilk** ⊕
In order to be able to prevail on a claim of unjust enrichment, a plaintiff must prove each of the
following five elements: (1) an enrichment, (2) an impoverishment, ...

www.legalmatch.com › law-library › article › what-is-unjust-enrichment ▾
**What is Unjust Enrichment? | LegalMatch** ⊕
Apr 11, 2018 — "Unjust enrichment" may occur any time one party profits at the expense of
another party. While state laws may vary, unjust enrichment usually ...

www.levelset.com › Blog ▾
**What is Unjust Enrichment? | Construction Payment Remedies** ⊕
May 29, 2019 — In contract law, unjust enrichment occurs when one person is enriched at the
expense of another in circumstances that the law sees as unjust.

www.law.upenn.edu › live › files › 335-micelibarajustenrichmentpdf  ▾  PDF
**Unjust Enrichment - Penn Law** ⊕
The purpose of this chapter is to elucidate unjust enrichment as an in personam basis of
liability that conforms to corrective justice. As in the case of contract, the ...

lawjournal.org › pages › Unjust-Enrichment ▾
**Unjust Enrichment - Further Readings - Builder, Remedy ...** ⊕
Although the unjust enrichment doctrine is sometimes referred to as a quasi-contractual
remedy, unjust enrichment is not based on an express contract. Instead ...

# Exhibit N:

All rights reserved

LII > U.S. Code > Title 18. CRIMES AND CRIMINAL PROCEDURE
> Part I. CRIMES > Chapter 47. FRAUD AND FALSE STATEMENTS
> **Section 1028. Fraud and related activity in connection with
identification documents, authentication features, and information**

# 18 U.S. Code § 1028. Fraud and related activity in connection with identification documents, authentication features, and information

U.S. Code     Notes

(a) Whoever, in a circumstance described in subsection (c) of this
section—

(1) knowingly and without lawful authority produces an
identification document, authentication feature, or a false
identification document;

(2) knowingly transfers an identification document,
authentication feature, or a false identification document
knowing that such document or feature was stolen or produced
without lawful authority;

(3) knowingly possesses with intent to use unlawfully or transfer
unlawfully five or more identification documents (other than
those issued lawfully for the use of the possessor),
authentication features, or false identification documents;

(4) knowingly possesses an identification document (other than

Exhibit O:

LII  > U.S. Code  > Title 42 THE PUBLIC HEALTH AND WELFARE
> Chapter 21. CIVIL RIGHTS  > Subchapter I. GENERALLY
> Section 1986. Action for neglect to prevent

# 42 U.S. Code § 1986. Action for neglect to prevent

U.S. Code     Notes

Every person who, having knowledge that any of the wrongs
conspired to be done and mentioned in section 1985 of this title, are
about to be committed, and having power to prevent or aid in
preventing the commission of the same, neglects or refuses so to do, if
such wrongful act be committed, shall be liable to the party injured, or
his legal representatives, for all damages caused by such wrongful act,
which such person by reasonable diligence could have prevented; and
such damages may be recovered in an action on the case; and any
number of persons guilty of such wrongful neglect or refusal may be
joined as defendants in the action; and if the death of any party be
caused by any such wrongful act and neglect, the legal representatives
of the deceased shall have such action therefor, and may recover not
exceeding $5,000 damages therein, for the benefit of the widow of the
deceased, if there be one, and if there be no widow, then for the benefit
of the next of kin of the deceased. But no action under the provisions of
this section shall be sustained which is not commenced within one year
after the cause of action has accrued.

(R.S. § 1981.)

4/8/2020, 8:37

Exhibit P:



# United States v. Kozminski, 487 U.S. 931 (1988)

## Justia Opinion Summary and Annotations

Syllabus     Case

Exhibit Q:

WIKIPEDIA

# Contract Clause

The **Contract Clause** appears in the United States Constitution, Article I, section 10, clause 1:

> No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law; or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

Although the clause recognizes people's right to form contracts, it allows the government to create laws barring contracts offending public policy, such as contracts for sex or for child labor.

The clause immediately follows Article I section 9, which prohibits the *federal* government from passing bills of attainder and ex post facto laws, or granting titles of nobility, adding a number of restrictions to the states.

## Contents

Treaties, Alliances, or Confederations

Bills of credit

Legal tender

Title of attainder

Impairing the obligation of contracts
    Modification of private contracts
    Modification of government contracts

See also

References

## Treaties, Alliances, or Confederations

> No State shall enter into any Treaty, Alliance, or Confederation.

At the time of the Civil War, this clause was one of the provisions upon which the Court relied in holding that the Confederation formed by the seceding States (the States that withdrew from

Exhibit R:

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send it to the IRS.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the
following seven boxes.

☐ Individual/sole proprietor or       ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate
single-member LLC

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check
LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is
another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that
is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to
certain entities, not individuals; see
instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

6 City, state, and ZIP code

7 List account number(s) here (optional)

Requester's name and address (optional)

**Part I** | **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid
backup withholding. For individuals, this is generally your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and
Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

☐☐ – ☐☐☐☐☐☐☐

**Part II** | **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because
you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid,
acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments
other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign
Here**

Signature of
U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise
noted.

**Future developments.** For the latest information about developments
related to Form W-9 and its instructions, such as legislation enacted
after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an
information return with the IRS must obtain your correct taxpayer
identification number (TIN) which may be your social security number
(SSN), individual taxpayer identification number (ITIN), adoption
taxpayer identification number (ATIN), or employer identification number
(EIN), to report on an information return the amount paid to you, or other
amount reportable on an information return. Examples of information
returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual
funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross
proceeds)

• Form 1099-B (stock or mutual fund sales and certain other
transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest),
1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident
alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might
be subject to backup withholding. See What is backup withholding,
later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

| Form **211** (July 2018) | Department of the Treasury - Internal Revenue Service **Application for Award for Original Information** | Date Claim received |
|---|---|---|
| | | Claim number *(completed by IRS)* |

## Section A — Information About the Person or Business You Are Reporting

1. Is this ☐ New submission or ☐ Supplemental submission
   If a supplemental submission, list previously assigned claim number(s)

2. Last 4 digits of Taxpayer Identification Number(s) *(e.g., SSN, ITIN, or EIN)*

3. Name of taxpayer *(include aliases)* and any related taxpayers who committed the violation

4. *Taxpayer's address, including ZIP code*

5. Taxpayer's date of birth or approximate age

6. Name and title and contact information of IRS employee to whom violation was first reported, if known

7. Alleged Violation of Tax Law *(check all that apply)*
   ☐ Income Tax          ☐ Employment Tax          ☐ Estate & Gift Tax          ☐ Tax Exempt Bonds
   ☐ Employee Plans      ☐ Governmental Entities   ☐ Exempt Organizations       ☐ Excise
   ☐ Other (identify)

8. Describe the Alleged Violation. State all pertinent facts to the alleged violation. *(Attach a detailed explanation and include all supporting information in your possession and describe the availability and location of any additional supporting information not in your possession.)* Explain why you believe the act described constitutes a violation of the tax laws

9. Describe how you learned about and/or obtained the information that supports this claim. *(Attach sheet if needed)*

10. What is your relationship *(current and former)* to the alleged noncompliant taxpayer(s)? Check all that apply. *(Attach sheet if needed)*
    ☐ Current Employee        ☐ Former Employee        ☐ Attorney        ☐ CPA
    ☐ Relative/Family Member  ☐ Other (describe)

11. Do you still maintain a relationship with the taxpayer    ☐ Yes    ☐ No

12. If yes to number 11, describe your relationship with the taxpayer

13. Are you involved with any governmental or legal proceeding involving the taxpayer    ☐ Yes    ☐ No

14. If yes to number 13, Explain in detail. *(Attach sheet if needed)*

15. Describe the amount of tax owed by the taxpayer(s). Provide a summary of the information you have that supports your claim as to the amount owed *(i.e. books, ledgers, records, receipts, tax returns, etc). (Attach sheet if needed)*

16. Fill in Tax Year (TY) and Dollar Amount ($), if known
    TY ____  $ _____  TY ____  $ _____  TY ____  $ _____  TY ____  $ _____  TY ____  $ _____

## Section B — Information About Yourself

17. Name of individual claimant

18. Claimant's date of birth *(MMDDYYYY)*

19. Last 4 digits of Claimant's SSN or ITIN

20. Are you currently an IRS employee    ☐ Yes    ☐ No
21. Are you the spouse or a dependent of an IRS employee    ☐ Yes    ☐ No
22. Are you currently an IRS contractor    ☐ Yes    ☐ No
23. Are you a Federal, State or Local Government employee    ☐ Yes    ☐ No

24. Address of claimant, including ZIP code

25. Telephone number *(including area code)*

26. Email address

27. Declaration under Penalty of Perjury I declare that I have examined this application, all accompanying statement and supporting documentation, and to the best of my knowledge and belief, they are true, correct, and complete

Signature of Claimant _____    Date _____

Exhibit S:



---

## Laws & Legal Resources.

---

View the 2018 US Code | View Previous Versions of the US Code

# 2000 US Code
# Title 12 - BANKS AND BANKING
# CHAPTER 2 - NATIONAL BANKS
# SUBCHAPTER IV - REGULATION OF
# THE BANKING BUSINESS; POWERS
# AND DUTIES OF NATIONAL BANKS
# Sec. 95a - Regulation of transactions in
# foreign exchange of gold and silver;
# property transfers; vested interests,
# enforcement and penalties

View Metadata
Download pdf


**§95a. Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties**

(1) During the time of war, the President may, through any agency that he may designate, and under such rules and regulations as he may prescribe, by means of instructions, licenses, or otherwise—

(A) investigate, regulate, or prohibit, any transactions in foreign exchange, transfers of credit or payments between, by, through, or to any banking institution, and the importing, exporting, hoarding, melting, or earmarking of gold or silver coin or bullion, currency or securities, and

(B) investigate, regulate, direct and compel, nullify, void, prevent or prohibit, any acquisition holding, withholding, use, transfer, withdrawal, transportation, importation or exportation of, or dealing in, or exercising any right, power, or privilege with respect to, or transactions involving, any property in which any foreign country or a national thereof has any interest,

by any person, or with respect to any property, subject to the jurisdiction of the United States; and any property or interest of any foreign country or national thereof shall vest, when, as, and upon the terms, directed by the President, in such agency or person as may be designated from time to time by the President, and upon such terms and conditions as the President may prescribe such interest or property shall be held, used, administered, liquidated, sold, or otherwise dealt with in the interest of and for the benefit of the United States, and such designated agency or person may perform any and all acts incident to the accomplishment or furtherance of these purposes; and the President shall, in the manner hereinabove provided, require any person to keep a full record of, and to furnish under oath, in the form of reports or otherwise, complete information relative to any act or transaction referred to in this subdivision either before, during, or after the completion thereof, or relative to any interest in foreign property, or relative to any property in which any foreign country or any national thereof has or has had any interest, or as may be otherwise necessary to enforce the provisions of this subdivision, and in any case in which a report could be required, the President may, in the manner hereinabove provided, require the production, or if necessary to the national security or defense, the seizure, of any books of account, records, contracts, letters, memoranda, or other papers, in the custody or control of such person.

(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or

AREG G AKHIL ANAD
P.O. BOX 977
MOBILE, AL 36601



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0950 0002 2739 5048

UNITED STATES
POSTAL SERVICE®

1024

36602

U.S. POSTAGE PAID
FCM LG ENV
POMONA, CA
91769
SEP 09, 21
AMOUNT
$9.76
R2305K141636-14

CHARLES R. DIARD JR
155 SAINT JOSEPH ST
MOBILE, AL,   36602