IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 21-00142-TFM |
| | * | |
| KARTARIUS DEWAN JOHNSON | * | |
| AKA TAREEQ AKHIL ANAD | * | |

**UNITED STATES' POSITION RELATING TO THE
PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS**

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully files this position regarding the guidelines calculations in the draft presentence investigation report ("PSR") filed in the above-captioned case. Doc. 98. The United States has no objections to the PSR and adopts the application and determination of the sentencing factors and the guideline calculations contained therein.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*/s/ Justin D. Roller*
Justin D. Roller
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441-5845
justin.roller@usdoj.gov

/s/ Sinan Kalayoglu
Sinan Kalayoglu
Trial Attorney
Money Laundering and Asset Recovery Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
(202) 514-1263
sinan.kalayoglu2@usdoj.gov

/s/ Shai Bronshtein
Shai Bronshtein
Trial Attorney
Money Laundering and Asset Recovery Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
(202) 514-5522
shai.bronshtein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to standby counsel for the defendant, and set the foregoing by certified mail to the defendant at the Escambia County Detention Center in Brewton, Alabama.

/s/ Justin D. Roller
Justin D. Roller
Assistant United States Attorney

/s/ Sinan Kalayoglu
Sinan Kalayoglu
Trial Attorney

/s/ Shai Bronshtein
Shai Bronshtein
Trial Attorney